Samuel G. UTNAGE, II, Petitioner,

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3191.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

Domenique Kirchner, Principal Attorney, Donald E. Kinner, Michael N. Cohen, Of Counsel, Washington, DC, for Respondent.

Samuel G. Utnage, II, WSMR, NM, pro se.

ORDER

Order Vacated, See 2004 WL 1178733.

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Jeanette M. GEBHARDT, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 04–7053.

United States Court of Appeals, Federal Circuit.

May 7, 2004.

ORDER

Jeanette M. Gebhardt has complied with the court's order of April 21, 2004.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The order of dismissal and the mandate be, and the same hereby are, vacated and recalled, and the notice of appeal is reinstated.

(2) Appellee should compute the due date for filing its brief from the date of filing of this order.